IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY GARCIA,

    Plaintiff,                      No. 2: 09-cv-0556 KJN P

   vs.

WARDEN, et al.,

    Defendants.            ORDER

_____/

       Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to jurisdiction of the undersigned.

       By order filed August 27, 2010, plaintiff was granted twenty-eight days to file an amended complaint.   The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

       Accordingly, IT IS ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: October 5, 2010

                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE

gar556.fta

1